# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Cindy Palomino )

CASE NUMBER 07 MJ 8996

ABSTRACT OF ORDER

Booking No. ____________

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 12/18/07

the Court entered the following order:

2007 DEC 19 A 9: 59

___✓___ Defendant be released from custody.

________ Defendant placed on supervised / unsupervised probation / supervised release.

________ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

___✓___ Defendant released on $ 10,000 bond posted.

________ Defendant appeared in Court. FINGERPRINT & RELEASE.

________ Defendant remanded and ( ________ bond) ( ________ bond on appeal) exonerated.

________ Defendant sentenced to TIME SERVED, supervised release for ________ years.

________ c.c. judgment Court of Appeals ( ______ affirming) ( ______ reversing) decision of this Court: ______ dismissing appeal filed.

________ Bench Warrant Recalled.

________ Defendant forfeited collateral.

________ Case Dismissed.

________ Defendant to be released to Pretrial Services for electronic monitoring.

________ Other. ________________

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

OR

Received ______________
DUSM

W. SAMUEL HAMRICK, JR. Clerk
by [signature]
Deputy Clerk

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY