PS 8
(8/88)

# United States District Court
for
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**U. S. A. vs. PALOMINO, CINDY** **Docket No. 07MJ8996-002**
08CR0088 BTM

**Petition for Action on Conditions of Pretrial Release**

Comes now Yolanda German Pretrial Services Officer presenting an official report upon the conduct of defendant Cindy Palomino who was placed under pretrial release supervision by the Honorable Peter C. Lewis sitting in the court at El Centro, on the 18th day of December, 2007, under the following conditions:

not commit a federal, state, or local crime during the period of release; make all court appearances; restrict travel to the Southern and Central Districts of California; not to enter Mexico; report for supervision to the Pretrial Services Agency as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; and actively seek and maintain full-time employment, schooling, or combination of both.

On January 3, 2008, the following conditions of release were imposed: submit to drug testing and/or treatment as directed by Pretrial Services; and travel to the state of Arizona.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Condition violated: not posses or use any narcotic drug or other controlled substance without a lawful medical prescription.

1. On January 3, 2008, the defendant submitted a urine sample which confirmed positive for amphetamines, methamphetamine, and THC metabolite.

   Grounds for violation: The undersigned received and reviewed written notification from the U.S. Pretrial Services laboratory which confirms the sample provided by the defendant on January 3, 2008, tested positive for amphetamine, methamphetamine, and THC metabolite. Ms. Palomino further admitted using methamphetamine and marijuana on January 2, 2008.

2. On January 9, 2008, the defendant submitted a urine sample which screened positive for amphetamines.

   Grounds for violation: The undersigned received and reviewed written notification from the U.S. Pretrial Services laboratory which states the sample provided by the defendant on January 9, 2008, screened positive for amphetamines.

PRAYING THAT THE COURT WILL CITE THE DEFENDANT TO COURT FOR AN ORDER TO SHOW CAUSE HEARING AS TO WHY HER BOND SHOULD NOT BE REVOKED ON JANUARY 15, 2008, AT 1:30 P.M.

ORDER OF COURT

Considered and ordered this 15th day of JAN, 2008 and ordered filed and made a part of the records in the above case.

U. S. Magistrate Judge Peter C. Lewis

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1/14/08

Respectfully,

Yolanda German, U.S. Pretrial Services Officer

Place El Centro, California

Date 1/14/08