# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

vs

Cindy Palomino (2)

CASE NUMBER 08CR0088-BTM

ABSTRACT OF ORDER

Booking No. 05806298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of June 6, 2008

the Court entered the following order:

✓ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $______ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

✓ Defendant sentenced to TIME SERVED, supervised release for 3 years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:

____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

____ Other.____

BARRY TED MOSKOWITZ

UNITED STATES MAGISTRATE JUDGE

OR

Received [signature] DUSM

W. SAMUEL HAMRICK, JR. Clerk

by P. M. [signature] Deputy Clerk

Crim-9 (Rev 6-95)

★ U.S. GPO: 1998-783-398/40151

CLERKS' COPY